DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ARTIS PYE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1859

_____

September 24, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Kemba Lewis, Judge.

Artis Pye, pro se.

PER CURIAM.

Affirmed.  *See* Fla. R. Crim. P. 3.800(a)(2); *Pye v. State*, 301 So. 3d 912 (Fla. 2d DCA 2020) (table decision); *Pye v. State*, 173 So. 3d

897 (Fla. 2d DCA 2015) (table decision); *Harris v. State*, 777 So. 2d

994 (Fla. 2d DCA 2000).

CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.